IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        Case No. 07-10220-JWB

JEFFREY HEIDER,

        Defendant.

## MEMORANDUM AND ORDER

This matter is before the court on Defendant's motion to appoint counsel. (Doc. 68.) Defendant requests counsel be appointed to represent him in the "pending supervised release revocation proceedings." (*Id.* at 1.) At this time, Defendant is incarcerated in state custody and there are no hearings scheduled with respect to his term of supervised release in this case. In the event that proceedings are scheduled in this court and Defendant makes an appearance, Defendant will be appointed counsel.

Accordingly, Defendant's motion is denied without prejudice.

IT IS SO ORDERED. Dated this 31st day of July, 2025.

                                                                 s/ John W. Broomes
                                                                 JOHN W. BROOMES
                                                                 UNITED STATES DISTRICT JUDGE